IN THE UNITED STATES DISTRICT COURT
for the Central District of Illinois

Pg. 1-49

HENRY WALKER
   Plaintiff

V.

c/o Foster                NURSE: Jade
c/o Greenway
c/o Drysdale
c/o Krizner - correct spelling
      Defendants

CASE NO:

SCANNED at PCC and E-Mailed
3/6/20 (date) by LTZ (initials)
63 (# of pages)

## Introduction & Venue

This is a civil rights action filed by HENRY WALKER. A State prisoner for damages and Relief under 42 U.S.C. 1983. Alleging excessive force and Denial of medical care in violation of the Eighth Amendment to the United States Constitution. Cruel and unusual punishment and Intentional Infliction of Emotional Distress and Retaliation in violation of the Eighth Amendment.

The court has Central jurisdiction over plaintiff's violational claims of federal constitutional right under 28 U.S.C. 1331.

## Plaintiff

1. Plaintiff HENRY WALKER is and was at all times mentioned herein a prisoner of the State of Illinois in custody of the Illinois Department of Correction He is currently confined in Pontiac Correctional Center. (ID # R68122)

1.

## DEFENDANTS:

2. Defendant "Foster" is a correctional officer of the Illinois Department of Corrections who at all times mentioned in this complaint held the rank of prison guard and was assigned to "Orange Crush" Tactical Team. Pontiac C.C.

3. Defendant "Greenwo2l" is a correctional officer of the Illinois Department of Corrections who at all times mentioned in this complaint held the rank of prison guard and was assigned to "Orange Crush" Tactical Team. Pontiac C.C.

4. Defendant "Drysdale" is a correctional officer of the Illinois Department of Corrections who at all times mentioned in this complaint held the rank of prison guard and was assigned to "Orange Crush" Tactical Team. Pontiac C.C.

5. Defendant "Krizner" (name spelling can be corrected) is a correctional officer of the Illinois Department of Corrections who at all times mentioned in this complaint held the rank of prison guard and was assigned to "Orange Crush" Tactical Team. Pontiac C.C.

6. Defendant "Nurse Jade" is an employee of the Illinois of Department of Corrections who at all times mentioned in this complaint held the rank and/or status of a prison nurse and was assigned to the Health Care Unit. Pontiac C.C.

7. At all times relevant to the events at issue in this case. Defendant's C/O Foster, C/O Greenway, C/O Drysdale C/O Krizner and Nurse Jade, are each sued individually and in his or her official capacity. At all times mentioned each defendant in this complaint acted under the color of State Law.

## Facts of Litigation

8. Plaintiff Walker asserts that he's filed a previous civil complaint and settled said complaint pertaining to living conditions. Case No: 1:16-CV-11659 Honorable. Elaine E. Bucklo. (Case Concluded)

9. Plaintiff Walker asserts that he's filed a civil complaint in the Southern District of Illinois. Pertaining to failure to protect, Negligence (etc) Case No: 3:14-CV-00429 (Case still pending).

10. Plaintiff Walker asserts he filed a civil complaint in the Central District of Illinois. Pertaining to Excessive Force and Retaliation (etc). Case No: 1:19-CV-01086 (Case still pending).

## Exhaustion of Remedies

11. Plaintiff Walker asserts he filed an original grievance using the prison grievance system in Pontiac Corr Center. September 25th 2018. The grievance was never processed counselors never received the grievance. Pertaining to Staff Conduct/Allegation of Sexual Abuse.

12. Plaintiff noticed the grievance was taking longer then the standard time so he filed yet another grievance sometime in January 2019 and back dated the same grievance to September 25. 2018. Reasons being that grievance related to allegations of sexual abuse shall not be subject to any time frame.

13. Plaintiff received a memorandum along with his grievance stated that grievance # 076554 was out of timeframe. January 25th 2019 (Ex.A) (Ex.E)

14. Plaintiff then filed a grievance pertaining to the fact that his original grievance from Sep 25. 2018 was mishandled. G# 076819 - The grievance date says (1-6-2019) However it should have said Feb 6th 2019 (An error made on Plaintiff's part.) (Ex. C)

15. Grievance # 076819 was also returned to plaintiff with a memorandum stated that this grievance was also out of timeframe Feb. 7th 2019. (Ex.F)

16. Plaintiff then forward Grievance # 076819 to the (ARB) pertaining to grievance # 076554. Grievance # 076819 was ruled out of timeframe by the (ARB). Also. Feb 21st 2019. (Ex A.B) (Ex. C.D)

17. Plaintiff also forward Grievance # 076554 to the (ARB) where it state's offender should follow DR504. 810 ARB will make warden and Internal affair's aware. Feb 21st 2019. This grievance was also denied. (Ex. A.B)(Ex C.D)

4.

18. Plaintiff Walker received a memorandum from Warden Teri A. Kennedy. With the subject: Victim Notification from September 22nd 2018. Marked - Allegations are unsubstantiated. Explanation: lack of evidence to support claim/conflicting statements. Feb 13th 2019 (Ex. G)

19. Plaintiff asserts that all grievance that he filed pertaining to all issues throughout have all been deemed out of timeframe and/or denied.

## Facts and Background

20. Sep 20th 2018 plaintiff Walker was housed in the west housing unit cell# 306. Around (1)pm. LT. Corley and a Sgt. Newhall came to plaintiff's cell and told him to cuff up. (Plaintiff complied.)

    Plaintiff Walker was escorted to the Inmate holding tank on 1 gallery and was locked inside and told to wait here.

21. Plaintiff ask LT. Corley what was he waiting for the LT. said your going behind the door because you caught a (107) sexual misconduct.

    Moments later (4) Tac-Team officers came into the room where the holding tank is located on 1 gallery.

22. The Tac-Team also known as "Orange Crush" consist of (4) members and those members are comprised of C/O Foster - C/O Greenway - C/O Drysdale - C/O Krizner. At the time of the above incident. Sep 20. 2018

5.

23. Plaintiff was taken out of the holding tank by the named (4) Tac-Team officers and escorted to 2-gallery.

Due to Pontiac procedure if an inmate is placed behind the door from behind the bars. He must be placed in leg restraints and it is already customary for segregation inmates be cuffed behind the back. This is how plaintiff Walker was escorted out of his cell to the holding tank on the 2-gallery. In cuffs and leg restraints.

24. Tactical officer-Greenway walked ahead of the other (3) Tac-Team members to open cell #220 to open the door and wait as Walker is escorted by officer-Foster, officer-Drysdale and officer-Krizner.

25. As plaintiff Walker reaches cell #220 officer-Greenway draws back with a closed fist and punches plaintiff Walker in the face knocking him to the floor.

26. Once plaintiff hit the floor officer-Foster, officer-Drysdale and officer-Krizner began to kick plaintiff and punch him in his head and back. Causing a great deal of pain and and discomfort to plaintiff Walker.

27. Moments later plaintiff is then dragged into cell #220 by officer-Foster and officer-Greenway where he is kicked and punched again multiple times throughout his head and back by officer-Foster, officer-Greenway officer-Krizner and officer-Drysdale stood in the doorway and watched. These officers were yelling racial slurs such as whip the Nigga. Beg us to stop and laughing once I beg them to stop as they still assaulted plaintiff Walker.

6.

28. Plaintiff Walker tried to cover up as best he could However he is still handcuffed and in leg restraints so so all plaintiff could do was take these officer's cruel behavior.

29. Officer-Foster and officer-Greenway then began to tug and pull on plaintiff's jumpsuit in an attempt to remove plaintiff's jumpsuit. However plaintiff is still cuffed behind his back.

30. Officer-Foster and officer-Greenway pull plaintiffs jumpsuit down to the cuffs. and added an additional pair of cuffs on the other side of the jumpsuit so that they could remove the original pair of handcuffs.

31. Officer-Foster and officer-Greenway removed the original handcuffs and pulled plaintiff's jumpsuit down fully as plaintiff is still laying on the floor.

32. Once plaintiff Walkers jumpsuit is down to his thighs officer-Foster then puts his foot on plaintiff Walkers back bends over, pulls Walkers boxer's halfway down his buttocks and states "This is what happens when you jag off to woman?". As officer Foster makes this statement he inserts his fingers forcefully into plaintiff Walkers anus......

33. Officer-Foster. officer-Greenway. officer-Drysdale and officer-Krizner actions caused plaintiff Walker a great deal of pain and discomfort by assaulting plaintiff sexually and by using excessive force by kicking and punching him.

7.

34. Plaintiff Walker was left lying on the floor of cell #2020 the leg restraints were removed and the leg restraints was cuffed to the handcuffs so that the Tac-Team members pull plaintiff from behind by the cuffs that are secured to the leg restraints.

35. Once the cell door was secured officer-Foster yelled get the fuck up. As plaintiff struggles to his feet officer-Foster has the leg restraints in his hands and is pulling plaintiff backwards towards the chuckhole on the door.

36. The cuffs are removed and the chuckhole is close plaintiff Walker asked officer-Foster what was all of that for? officer-Foster-Replied by saying you shouldn't be jagging off to woman and walked off.

37. Plaintiff Walker's left eye was starting to swell shut. From when officer-Greenway punched plaintiff in the face. plaintiff had a cut on his forehead from when he was kicked by one of the Tac-Team officer's. His anus was extremely sore and bleeding

38. Plaintiff Walker was able to secure an "affidavit" from Razil Ybarra #M54621. Who witnessed plaintiff getting assaulted by the (4) Tactical Team officers on 2-gallery in front of cell #2020. (Ex.H)

39. Plaintiff was not given any of his property he was told he is on 72 hour stripout. Sep 20, 2018. Plaintiff was not allowed to see or speak to medical nor mental health. Plaintiff was denied everything he asked for.

8.

40. Plaintiff Walker was locked and secured in the cell so logically there was (no) clear and sound way for plaintiff to get medical or Mental Health assistance if every officer was denying plaintiff Walker all his request. Plaintiff went to sleep for his splitting headache.

41. September 21st 2018 plaintiff Walker luckily was scheduled to see and speak to a psychiatric. So plaintiff spoke and saw a psychiatric he never spoke or seen before. (Ex. I)

42. Plaintiff told said psychiatric he was homicidal and suicidal. However the said psychiatric did not know how to do a potential suicide evaluation. Plaintiff was seen instead by a Ms. Heather Kainz LPC. A suicide evaluation was done and plaintiff was placed on suicide watch.

43. September 22nd 2018 while on suicide watch in the North Housing unit. Plaintiff was seen by a Ms. Jimia D. Stokes, LPC. Plaintiff explained to Ms. Stokes the events of Sept 20, 2018. How he was assaulted by the Tac-Team members. (Ex. I)

44. Plaintiff Walker told Ms. Stokes he wanting to filed a (PREA). on the (21) Tac-Team members who assaulted him sexually and abusively. Ms. Stokes documented the events of Sept 20, 2018, and followed PREA protocol.

45. Sept 23rd or 24th 2018 plaintiff spoke to a member of the Internal Affairs office in Pontiac Corr Center. Plaintiff was able to do and/or give detailed accounts of the cruel behaviour by the (21) Tac-Team members that assaulted plaintiff Walker. Where plaintiff was able to sign a hand written statement on the events of Sep 20, 2018. Plaintiff does not know the Internal Affairs officers name.
(check masterfile)

46. Once plaintiff was done speaking with the (I.A) officer giving his interview. Plaintiff was then escorted from the North-Housing Unit to the Healthcare Unit per; PREA protocol they was suppose to perform a series of test on any inmate that has reported allegations of Sexual Abuse. or penetration. (SEE IDOC RULES & Regulations)

47. Once plaintiff was escorted into the room to see the nurse who would be performing and/or evaluated plaintiff Walker Defendant NURSE Jade instantly told the plaintiff you're over here for the PREA, you've got to be kidding me.

48. Plaintiff Walker told Nurse Jade do you see my face does it look like I'm kidding? Nurse Jade replied by saying well medically there's nothing I can give for a SHINER. SHINER is slang for a BLACK EYE.

49. Plaintiff Walker said so what about my PREA? Nurse Jade said what PREA, you look fine to me. Nurse Jade then told the officer escorting the plaintiff He done take him back. Walker was then escorted back to the North-Housing unit to complete his suicide watch.

50. Plaintiff was taken off Suicide Sept 25. 2018 and sent back to the West-Housing unit. Where he's able to eventually file his prison grievance system in the grievance Pontiac Corr Center... (EX. I)

51. Plaintiff Walker was clearly sexually assaulted by officer-Foster and officer-Greenway. Plaintiff was retaliated against by officer-Foster, officer-Greenway officer-Drysdale and officer-Krizer. Plaintiff was clearly denied medical care by Nurse Jade.

10.

# Legal Claims

52. Plaintiff incorporates each paragraph of this complaint as if fully restated. Described more fully. Defendants retaliated against Plaintiff one by Plaintiff being written a disciplinary ticket for an alleged (107) sexual misconduct. An being beaten and sexually assaulted and told this is what happens when you jag off to woman. Which also prompted excessive force. In violation of the Eighth Amendment

53. Defendants behaviour prompt a cruel and unusual punishment violation along with Intentional Infliction of Emotion Distress by forcing there fingers in Plaintiffs anus. without his consent In violation of the Eigth Amendment.

54. Defendants behavior prompts a Denial of Medical care by not giving plaintiff medical treatment. By stating you look fine and by telling the officer to take me back to my Housing-Unit. In violation of the Eighth Amendment.

55. All of the above violations were caused by each defendant that has been mentioned throughout. Defendant Foster. Defendant Greenway. Defendant Drysdale and Defendants Krinner and Nurse Jade. These defendant actions caused plaintiff pain. Suffering. Physical injury and Emotional Distress. In violation of the United States Constitution.

11.

56. Plaintiff Walker has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured with a permanent scar on his "pshche". Due to the conduct of the defendants unless this Court grants the relief which plaintiff seek.

## Pray for Relief

57. Wherefore, plaintiff respectfully pray that this Court enter judgement.

Granting Plaintiff Walker a Declaration that the acts and omissions described herein violated his Rights under the Constitution and laws of the United States.

58. Granting plaintiff compensatory damages in the amount of $100,000.00 against each defendant individually and officially.

59. Granting Plaintiff Punitive damages in the amount of $50,000.00 against each defendant individually and officially.

60. Plaintiff seeks a trial on all issues triable by jury, and any additional relief this court deems just proper and equitable.

Respectfully Submitted
HENRY WALKER #R68122
PONTIAC CORR CENTER
P.O. Box 99
PONTIAC IL. 61764

Henry Walker. MAR 4th 2020


## Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true except as to matters alleged on information and belief and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Pontiac Illinois Mar 4th 2020

Henry Walker.